**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| BMO BANK N.A.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIEBOI TRANSPORT LOGISTICS LLC AND CHARLES BACON,<br>Defendants. | ) | Case No. 5:26-cv-00272-TES |

**DEFAULT JUDGMENT**

Defendant Charles Bacon having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff, and Certification demonstrating that Defendant owes Plaintiff the sum of $147,271.43, and that Defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Charles Bacon, the principal amount of $147,271.43.

By the Court,

[signature]

DATED: 9/10/26